UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, | 08-CV-00537-HB |
| Plaintiff, | |
| -against- | |
| THE CITY OF NEW YORK; THE N.Y.C. DEPARTMENT OF TRANSPORTATION; THE N.Y.C. DEPARTMENT OF FINANCE; Hon. Janet Sadik-Khan, Commissioner of Transportation; Hon. Martha E. Start, Commissioner of Finance; and Jane Doe and Richard Roe, being public employees responsible for the acts complained of herein; and PEDUTO CONSTRUCTION CORP.; QUEENS REBAR, INC.; CENTURION WATERPROOFING, INC.; and SAFETY MARKING INC., | Order of Discontinuance |
| Defendants. | |

------------------------------------------------------------------X

Hon. Harold Baer, Jr., District Judge:

The complaint in this action having been filed in this district, but indicating venue in another district, and referring to transactions and occurrences in that other district, specifically, the Eastern District of New York, now on application of the plaintiff it is hereby

ORDERED that this action be dismissed without prejudice to filing in a proper venue; and it is further

ORDERED that the Clerk of this Court is authorized to process a refund of the filing fee, if feasible to do so; and it is further

ORDERED that the Clerk of this Court is directed to close this case and remove it from this Court's docket.

SO ORDERED
this ___ day of February, 2008

_____
U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```